**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:                                                                                               Bankruptcy Case No.: 18−11052−TPA

Chapter: 13

**William R. Adams**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **December 21, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
  U.S. Bankruptcy Court
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

                                     Michael R. Rhodes
                                     *Clerk, U.S. Bankruptcy Court*

Dated: 10/15/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-11052-TPA
William R. Adams                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin              Page 1 of 2            Date Rcvd: Oct 15, 2018
                               Form ID: 154A            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db            +William R. Adams,    5458 Gardner Drive,    Erie, PA 16509-3019
14929832      +Aes/pheaa Rehabs,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14929833      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14929834      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
14929836      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14929837      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
               St Louis, MO 63179-0034
14929852      +LendingUSA,    Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
               Sherman Oaks, CA 91403-6630
14929853      +Mercury Card/fb&t,    2220 6th St,    Brookings, SD 57006-2403
14929855     ++PENNSYLVANIA ELECTRIC COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,   BUILDING 3,
               RED BANK NJ 07701-5688
              (address filed with court:  Penelec,     5404 Evans Rd,    Erie, PA 16509)
14929856      +Penn State Fcu,    1937 N Atherton St,    State College, PA 16803-1523
14929858      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
14929865       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14929835      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2018 02:55:28     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14929838       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:14     Comenity Bank/Bon Ton,
               Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
14929839      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:14     Comenity Bank/Buckle,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14929840      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:14     Comenity Bank/Giant Eagle,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929842      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:14     Comenity Bank/Overstock,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929843      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:14     Comenity Bank/Pier 1,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929844      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:15
               Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
               Columbus, OH 43218-2125
14929841      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:15     Comenity Bank/kingsize,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14929845       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:15     Comenity Capital/Zales,
               Attn: Bankrutptcy Dept,    Po Box 18215,    Columbus, OH 43218
14929846      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:15     Comenitybank/wayfair,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929847      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:15     Comenitycapital/boscov,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929848      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 16 2018 02:50:15     Comenitycb/truevalue,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929849      +E-mail/Text: mrdiscen@discover.com Oct 16 2018 02:49:56     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
14929850       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 16 2018 02:50:52     Jefferson Capital Systems, LLC,
               Po Box 1999,    Saint Cloud, MN 56302
14929851      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 16 2018 02:49:59     Kohls/Capital One,
               Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14930640      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2018 02:57:08
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14929854      +E-mail/Text: paparalegals@pandf.us Oct 16 2018 02:51:23     Patenaude & Felix A.P.C.,
               501 Corporate Drive,    Southpointe Center,    Suite 205,    Canonsburg, PA 15317-8584
14929857      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2018 02:56:14
               Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14929859      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 02:57:03     Syncb/citgo,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14929860      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 02:56:10     Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14929861      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 02:55:26     Synchrony Bank/Lowes,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14929862      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 02:57:03     Synchrony Bank/PayPal Cr,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14929863      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 02:55:27     Synchrony Bank/TJX,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14929864      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 02:55:26     Synchrony Bank/Walmart,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 24

```
District/off: 0315-1          User: admin              Page 2 of 2              Date Rcvd: Oct 15, 2018
                              Form ID: 154A            Total Noticed: 36


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14929867*      +Aes/pheaa Rehabs,    Attn: Bankruptcy Dept,     Po Box 2461,    Harrisburg, PA 17105-2461
14929868*      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14929869*      +Barclays Bank Delaware,    Attn: Correspondence,     Po Box 8801,    Wilmington, DE 19899-8801
14929870*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14929871*      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14929872*      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,     Po Box 790034,
                 St Louis, MO 63179-0034
14929873*       Comenity Bank/Bon Ton,    Attn: Bankruptcy Dept,     Po Box 18215,    Columbus, OH 43218
14929874*      +Comenity Bank/Buckle,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14929875*      +Comenity Bank/Giant Eagle,    Attn: Bankruptcy Dept,     Po Box 182125,    Columbus, OH 43218-2125
14929877*      +Comenity Bank/Overstock,    Attn: Bankruptcy Dept,     Po Box 182125,    Columbus, OH 43218-2125
14929878*      +Comenity Bank/Pier 1,    Attn: Bankruptcy Dept,     Po Box 182125,    Columbus, OH 43218-2125
14929879*      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,     Po Box 182125,
                 Columbus, OH 43218-2125
14929876*      +Comenity Bank/kingsize,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14929880*       Comenity Capital/Zales,    Attn: Bankrutpcy Dept,     Po Box 18215,    Columbus, OH 43218
14929881*      +Comenitybank/wayfair,    Attn: Bankruptcy Dept,     Po Box 182125,    Columbus, OH 43218-2125
14929882*      +Comenitycapital/boscov,    Attn: Bankruptcy Dept,     Po Box 182125,    Columbus, OH 43218-2125
14929883*      +Comenitycb/truevalue,    Attn: Bankruptcy Dept,     Po Box 182125,    Columbus, OH 43218-2125
14929884*      +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14929885*       Jefferson Capital Systems, LLC,    Po Box 1999,    Saint Cloud, MN 56302
14929886*      +Kohls/Capital One,    Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14929887*      +LendingUSA,    Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
                 Sherman Oaks, CA 91403-6630
14929888*      +Mercury Card/fb&t,    2220 6th St,    Brookings, SD 57006-2403
14929890*     ++PENNSYLVANIA ELECTRIC COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
                 RED BANK NJ 07701-5688
               (address filed with court: Penelec,     5404 Evans Rd,    Erie, PA 16509)
14929889*      +Patenaude & Felix A.P.C.,    501 Corporate Drive,    Southpointe Center,    Suite 205,
                 Canonsburg, PA 15317-8584
14929891*      +Penn State Fcu,    1937 N Atherton St,    State College, PA 16803-1523
14929892*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14929893*      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
14929894*      +Syncb/citgo,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14929895*      +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,     Po Box 965060,    Orlando, FL 32896-5060
14929896*      +Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,     Po Box 965060,    Orlando, FL 32896-5060
14929897*      +Synchrony Bank/PayPal Cr,    Attn: Bankruptcy Dept,     Po Box 965060,    Orlando, FL 32896-5060
14929898*      +Synchrony Bank/TJX,    Attn: Bankruptcy Dept,     Po Box 965060,    Orlando, FL 32896-5060
14929899*      +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,     Po Box 965060,    Orlando, FL 32896-5060
14929900*       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
                                                                                       TOTALS: 0, * 35, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor William R. Adams rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```