IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11052-TPA |
|     William R. Adams, | : | |
|         Debtor | : | |
| William R. Adams, | : | Chapter |
| | : | |
|         Movant | : | |
| | : | Related to Document No.____ |
|     v. | : | |
| | : | |
| | : | |
| UPMC, Erie Water Works, National Fuel, | : | |
| State Collection Svcs. | : | |
| Brian E. Lentz D.M.D., P.C. | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, <u>Rebeka A. Seelinger Esq.____</u>, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

UPMC Hamot
200 Lothrop Street
Pittsburgh PA 15213

Erie Water Works
340 West Bayfront Parkway
Erie PA 16507

National Fuel
1100 State Street
PO Box 2081
Erie PA 16512

State Collection Service
2509 Stoughton Rd
Madison WI 53716

Brian E Lentz, D.M.D., P.C.
850 Cherry Street
Waterford PA 16441

EXECUTED ON: October 22, 2018

By: /s/ Rebeka A Seelinger
Rebeka A Seelinger Esquire
4640 Wolf Rd Erie PA 16508
(814) 824 6670
PA ID 93897
rebeka@seelingerlaw.com
Attorney for Debtor