| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group: LHE-PA<br>Pay Begin Date: 07/14/2018<br>Pay End Date: 07/27/2018 | | Business Unit: STRBU<br>Advice #: 000000083311273<br>Advice Date: 08/03/2018 | |
|---|---|---|---|---|
| William Adams<br>5458 Gardner drive<br>ERIE, PA 16509 | Employee ID: 002372879<br>Department: 0061-Cabinets<br>Location: 0226 - Erie, PA<br>Job Title: Sales Specialist Cabinets<br>Pay Rate: $17.242200 Hourly | | **TAX DATA:** Federal PA State<br>Tax Status: Single<br>Allowances: 2   0<br>Addl. Percent:<br>Addl. Amount: | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular Hours | 17.242200 | 78.85 | 1,359.55 | 1,129.83 | 19,265.45 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Contest Incentive | | | 0.00 | | 30.00 |
| Holiday Hours | | | 0.00 | 16.00 | 275.88 |
| Overtime Premium | | | 0.00 | | 1.07 |
| Overtime Hours | | | 0.00 | 3.18 | 80.21 |
| Sick Hours | | | 0.00 | 27.75 | 471.03 |
| Service & Sales Incentive | | | 0.00 | | 800.00 |
| Vacation Hours | | | 0.00 | 8.00 | 133.92 |
| **TOTAL:** | | 78.85 | 1,359.55 | 1,133.01 | 21,213.56 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 91.75 | 1,542.99 |
| Fed MED/EE | 18.66 | 292.90 |
| Fed OASDI/EE | 79.81 | 1,252.41 |
| PA Unempl EE | 0.82 | 12.73 |
| PA Withholdng | 39.52 | 620.15 |
| PA SUMMIT LS Tax | 2.00 | 32.00 |
| PA SUMMIT TWP Withholdng | 12.87 | 201.98 |
| | 245.43 | 3,955.16 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.14 | 155.96 |
| Medical | 54.41 | 761.74 |
| Vision | 6.84 | 95.76 |
| 401(k) Savings Plan | 0.00 | 55.07 |
| | 72.39 | 1,068.53 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| ESPP Period 1 | 0.00 | -125.66 |
| | 0.00 | -125.66 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Dental | 0.68 | 9.52 |
| Medical | 182.63 | 2,556.82 |
| 401(k) Savings Plan | 0.00 | 39.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,359.55 | 1,287.16 | 245.43 | 72.39 | 1,041.73 |
| YTD | 21,213.56 | 20,145.03 | 3,955.16 | 942.87 | 16,315.53 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000083311273 | Checking | ******6412 | 1,041.73 |
| **TOTAL:** | | | 1,041.73 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:     LHE-PA<br>Pay Begin Date: 07/28/2018<br>Pay End Date:   08/10/2018 | Business Unit: STRBU<br>Advice #:      000000083596680<br>Advice Date:   08/17/2018 |
|---|---|---|
| **William Adams**<br>5458 Gardner drive<br>ERIE, PA 16509 | Employee ID:  002372879<br>Department:   0061-Cabinets<br>Location:     0226 - Erie, PA<br>Job Title:    Sales Specialist Cabinets<br>Pay Rate:     $17.242200 Hourly | **TAX DATA:**          Federal         PA State<br>Tax Status:            Single<br>Allowances:            2              0<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 17.242200 | 69.33 | 1,195.40 | 1,199.16 | 20,460.85 |
| Vacation Hours | 17.242200 | 8.00 | 137.94 | 16.00 | 271.86 |
| Contest Incentive | | | 10.00 | | 40.00 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Holiday Hours | | | 0.00 | 16.00 | 275.88 |
| Overtime Premium | | | 0.00 | | 1.07 |
| Overtime Hours | | | 0.00 | 3.18 | 80.21 |
| Sick Hours | | | 0.00 | 27.75 | 471.03 |
| Service & Sales Incentive | | | 0.00 | | 800.00 |
| **TOTAL:** | | **69.33** | **1,343.34** | **1,202.34** | **22,556.90** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.80 | 1,632.79 |
| Fed MED/EE | 18.43 | 311.33 |
| Fed OASDI/EE | 78.80 | 1,331.21 |
| PA Unempl EE | 0.80 | 13.53 |
| PA Withholdng | 39.02 | 659.17 |
| PA SUMMIT LS Tax | 2.00 | 34.00 |
| PA SUMMIT TWP Withholdng | 12.71 | 214.69 |
| | **241.56** | **4,196.72** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.14 | 167.10 |
| Medical | 54.41 | 816.15 |
| Vision | 6.84 | 102.60 |
| 401(k) Savings Plan | 0.00 | 55.07 |
| | **72.39** | **1,140.92** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| ESPP Period 1 | 0.00 | -125.66 |
| | **0.00** | **-125.66** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Dental | 0.68 | 10.20 |
| Medical | 182.63 | 2,739.45 |
| 401(k) Savings Plan | 0.00 | 39.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,343.34 | 1,270.95 | 241.56 | 72.39 | 1,029.39 |
| YTD | 22,556.90 | 21,415.98 | 4,196.72 | 1,015.26 | 17,344.92 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000083596680 | Checking | ******6412 | 1,029.39 |
| **TOTAL:** | | | **1,029.39** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group: LHE-PA<br>Pay Begin Date: 08/11/2018<br>Pay End Date: 08/24/2018 | Business Unit: STRBU<br>Advice #: 000000083876229<br>Advice Date: 08/31/2018 | |
|---|---|---|---|
| William Adams<br>5458 Gardner drive<br>ERIE, PA 16509 | Employee ID: 002372879<br>Department: 0061-Cabinets<br>Location: 0226 - Erie, PA<br>Job Title: Sales Specialist Cabinets<br>Pay Rate: $17.242200 Hourly | TAX DATA:  Federal  PA State<br>Tax Status: Single<br>Allowances: 2  0<br>Addl. Percent:<br>Addl. Amount: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Vacation Hours | 17.242200 | 40.00 | 689.69 | 56.00 | 961.55 |
| Regular Hours | 17.242200 | 38.38 | 661.76 | 1,237.54 | 21,122.61 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Contest Incentive | | | 0.00 | | 40.00 |
| Holiday Hours | | | 0.00 | 16.00 | 275.88 |
| Overtime Premium | | | 0.00 | | 1.07 |
| Overtime Hours | | | 0.00 | 3.18 | 80.21 |
| Sick Hours | | | 0.00 | 27.75 | 471.03 |
| Service & Sales Incentive | | | 0.00 | | 800.00 |
| **TOTAL:** | | **38.38** | **1,351.45** | **1,240.72** | **23,908.35** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 90.78 | 1,723.57 |
| Fed MED/EE | 18.55 | 329.88 |
| Fed OASDI/EE | 79.30 | 1,410.51 |
| PA Unempl EE | 0.82 | 14.35 |
| PA Withholdng | 39.27 | 698.44 |
| PA SUMMIT LS Tax | 2.00 | 36.00 |
| PA SUMMIT TWP Withholdng | 12.79 | 227.48 |
| | **243.51** | **4,440.23** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.14 | 178.24 |
| Medical | 54.41 | 870.56 |
| Vision | 6.84 | 109.44 |
| 401(k) Savings Plan | 0.00 | 55.07 |
| | **72.39** | **1,213.31** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| ESPP Period 1 | 0.00 | -125.66 |
| | **0.00** | **-125.66** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Dental | 0.68 | 10.88 |
| Medical | 182.63 | 2,922.08 |
| 401(k) Savings Plan | 0.00 | 39.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,351.45 | 1,279.06 | 243.51 | 72.39 | 1,035.55 |
| YTD | 23,908.35 | 22,695.04 | 4,440.23 | 1,087.65 | 18,380.47 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000083876229 | Checking | ******6412 | 1,035.55 |
| **TOTAL:** | | | **1,035.55** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:     LHE-PA<br>Pay Begin Date: 08/25/2018<br>Pay End Date:   09/07/2018 | | Business Unit: STRBU<br>Advice #:      000000084151280<br>Advice Date:   09/14/2018 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | Federal | PA State |
| William Adams<br>5458 Gardner drive<br>ERIE, PA 16509 | Employee ID:   002372879<br>Department:    0061-Cabinets<br>Location:      0226 - Erie, PA<br>Job Title:     Sales Specialist Cabinets<br>Pay Rate:      $17.242200 Hourly | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>2 | 0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hours | 17.242200 | 71.45 | 1,231.96 | 1,308.99 | 22,354.57 | Fed Withholdng | 221.91 | 1,945.48 |
| Overtime Hours | 25.833333 | 0.12 | 3.10 | 3.30 | 83.31 | Fed MED/EE | 27.41 | 357.29 |
| Sick Hours | 17.242200 | 7.40 | 127.59 | 35.15 | 598.62 | Fed OASDI/EE | 117.19 | 1,527.70 |
| Service & Sales Incentive | | | 600.00 | | 1,400.00 | PA Unempl EE | 1.17 | 15.52 |
| Discretionary Bonus | | | 0.00 | | 156.00 | PA Withholdng | 58.03 | 756.47 |
| Contest Incentive | | | 0.00 | | 40.00 | PA SUMMIT LS Tax | 2.00 | 38.00 |
| Holiday Hours | | | 0.00 | 16.00 | 275.88 | PA SUMMIT TWP Withholdng | 18.90 | 246.38 |
| Overtime Premium | | | 0.00 | | 1.07 | | | |
| Vacation Hours | | | 0.00 | 56.00 | 961.55 | | | |
| **TOTAL:** | | **71.57** | **1,962.65** | **1,312.29** | **25,871.00** | | **446.61** | **4,886.84** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Dental | 11.14 | 189.38 | ESPP Period 1 | 0.00 | -125.66 | Dental | 0.68 | 11.56 |
| Medical | 54.41 | 924.97 | | | | Medical | 182.63 | 3,104.71 |
| Vision | 6.84 | 116.28 | | | | 401(k) Savings Plan | 0.00 | 39.00 |
| 401(k) Savings Plan | 0.00 | 55.07 | | | | | | |
| | 72.39 | 1,285.70 | | 0.00 | -125.66 | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,962.65 | 1,890.26 | 446.61 | 72.39 | 1,443.65 |
| YTD | 25,871.00 | 24,585.30 | 4,886.84 | 1,160.04 | 19,824.12 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000084151280 | Checking | ******6412 | 1,443.65 |
| **TOTAL:** | | | **1,443.65** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group: LHE-PA<br>Pay Begin Date: 09/08/2018<br>Pay End Date: 09/21/2018 | Business Unit: STRBU<br>Advice #: 000000084431612<br>Advice Date: 09/28/2018 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| William Adams<br>5458 Gardner drive<br>ERIE, PA 16509 | Employee ID: 002372879<br>Department: 0061-Cabinets<br>Location: 0226 - Erie, PA<br>Job Title: Sales Specialist Cabinets<br>Pay Rate: $17.242200 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>2 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 17.242200 | 30.80 | 531.06 | 1,339.79 | 22,885.63 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Contest Incentive | | | 0.00 | | 40.00 |
| Holiday Hours | | | 0.00 | 16.00 | 275.88 |
| Overtime Premium | | | 0.00 | | 1.07 |
| Overtime Hours | | | 0.00 | 3.30 | 83.31 |
| Sick Hours | | | 0.00 | 35.15 | 598.62 |
| Service & Sales Incentive | | | 0.00 | | 1,400.00 |
| Vacation Hours | | | 0.00 | 56.00 | 961.55 |
| **TOTAL:** | | **30.80** | **531.06** | **1,343.09** | **26,402.06** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 1,945.48 |
| Fed MED/EE | 6.65 | 363.94 |
| Fed OASDI/EE | 28.44 | 1,556.14 |
| PA Unempl EE | 0.32 | 15.84 |
| PA Withholdng | 14.08 | 770.55 |
| PA SUMMIT LS Tax | 2.00 | 40.00 |
| PA SUMMIT TWP Withholdng | 4.59 | 250.97 |
| | 56.08 | 4,942.92 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.14 | 200.52 |
| Medical | 54.41 | 979.38 |
| Vision | 6.84 | 123.12 |
| 401(k) Savings Plan | 0.00 | 55.07 |
| | 72.39 | 1,358.09 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| ESPP Period 1 | 0.00 | -125.66 |
| | 0.00 | -125.66 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Dental | 0.68 | 12.24 |
| Medical | 182.63 | 3,287.34 |
| 401(k) Savings Plan | 0.00 | 39.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 531.06 | 458.67 | 56.08 | 72.39 | 402.59 |
| YTD | 26,402.06 | 25,043.97 | 4,942.92 | 1,232.43 | 20,226.71 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000084431612 | Checking | ******6412 | 402.59 |
| **TOTAL:** | | | **402.59** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group: LHE-PA<br>Pay Begin Date: 09/22/2018<br>Pay End Date: 10/05/2018 | Business Unit: STRBU<br>Advice #: 000000084699464<br>Advice Date: 10/12/2018 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| William Adams<br>5458 Gardner drive<br>ERIE, PA 16509 | Employee ID: 002372879<br>Department: 0061-Cabinets<br>Location: 0226 - Erie, PA<br>Job Title: Sales Specialist Cabinets<br>Pay Rate: $17.242200 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>2 | 0 |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 17.242200 | 72.47 | 1,249.55 | 1,412.26 | 24,135.18 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Contest Incentive | | | 0.00 | | 40.00 |
| Holiday Hours | | | 0.00 | 16.00 | 275.88 |
| Overtime Premium | | | 0.00 | | 1.07 |
| Overtime Hours | | | 0.00 | 3.30 | 83.31 |
| Sick Hours | | | 0.00 | 35.15 | 598.62 |
| Service & Sales Incentive | | | 0.00 | | 1,400.00 |
| Vacation Hours | | | 0.00 | 56.00 | 961.55 |
| **TOTAL:** | | **72.47** | **1,249.55** | **1,415.56** | **27,651.61** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 78.55 | 2,024.03 |
| Fed MED/EE | 17.06 | 381.00 |
| Fed OASDI/EE | 72.98 | 1,629.12 |
| PA Unempl EE | 0.75 | 16.59 |
| PA Withholdng | 36.14 | 806.69 |
| PA SUMMIT LS Tax | 2.00 | 42.00 |
| PA SUMMIT TWP Withholdng | 11.77 | 262.74 |
| **TOTAL:** | **219.25** | **5,162.17** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.14 | 211.66 |
| Medical | 54.41 | 1,033.79 |
| Vision | 6.84 | 129.96 |
| 401(k) Savings Plan | 0.00 | 55.07 |
| **TOTAL:** | **72.39** | **1,430.48** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| ESPP Period 1 | 0.00 | -125.66 |
| **TOTAL:** | **0.00** | **-125.66** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Dental | 0.68 | 12.92 |
| Medical | 182.63 | 3,469.97 |
| 401(k) Savings Plan | 0.00 | 39.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,249.55 | 1,177.16 | 219.25 | 72.39 | 957.91 |
| YTD | 27,651.61 | 26,221.13 | 5,162.17 | 1,304.82 | 21,184.62 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000084699464 | Checking | ******6412 | 957.91 |
| **TOTAL:** | | | **957.91** |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4