| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **William R. Adams** | Social Security number or ITIN | **xxx–xx–5667** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter 13 | **10/12/18** |
| Case number: | **18–11052–TPA** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William R. Adams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5458 Gardner Drive<br>Erie, PA 16509 | |
| 4. | **Debtor's attorney**<br>Name and address | Rebeka Seelinger<br>4640 Wolf Road<br>Erie, PA 16505 | Contact phone 814–824–6670<br><br>Email: rebeka@seelingerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 10/29/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 27, 2018 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/28/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/21/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/10/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/27/18** at **03:00 PM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                Case No. 18-11052-TPA
William R. Adams                                                      Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-1           User: dkam                  Page 1 of 3                  Date Rcvd: Oct 29, 2018
                               Form ID: 309I               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2018.
db             +William R. Adams,    5458 Gardner Drive,    Erie, PA 16509-3019
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14929832       +Aes/pheaa Rehabs,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14935040       +Brian E. Lantz, D.M.D. P.C.,    850 Cherry Street,    Waterford PA 16441-7804
14929836       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14929837       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14929852       +LendingUSA,    Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
                 Sherman Oaks, CA 91403-6630
14929853       +Mercury Card/fb&t,    2220 6th St,    Brookings, SD 57006-2403
14929855      ++PENNSYLVANIA ELECTRIC COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
                 RED BANK NJ 07701-5688
               (address filed with court: Penelec,    5404 Evans Rd,    Erie, PA 16509)
14929856       +Penn State Fcu,    1937 N Atherton St,    State College, PA 16803-1523
14929858       +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
14935039       +State Collection Service,    2509 Stoughton Road,    Madison WI 53716-3314
14929865        Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14935036        UPMC Hamot,    2010 Lothrop Street,    Pittsburgh PA 15213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rebeka@seelingerlaw.com Oct 30 2018 02:11:11      Rebeka Seelinger,
                 4640 Wolf Road,    Erie, PA  16505
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 30 2018 02:11:34      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 30 2018 02:11:42
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14929833       +EDI: AMEREXPR.COM Oct 30 2018 06:04:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
14929834       +EDI: TSYS2.COM Oct 30 2018 06:03:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
14929835       +EDI: CAPITALONE.COM Oct 30 2018 06:04:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14929838        EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenity Bank/Bon Ton,    Attn: Bankruptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
14929839       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenity Bank/Buckle,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
14929840       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenity Bank/Giant Eagle,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14929842       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenity Bank/Overstock,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14929843       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenity Bank/Pier 1,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14929844       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14929841       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenity Bank/kingsize,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
14929845        EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenity Capital/Zales,    Attn: Bankrutptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
14929846       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenitybank/wayfair,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14929847       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenitycapital/boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14929848       +EDI: WFNNB.COM Oct 30 2018 06:04:00      Comenitycb/truevalue,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14933227        EDI: DISCOVER.COM Oct 30 2018 06:04:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14929849       +EDI: DISCOVER.COM Oct 30 2018 06:04:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14935038       +E-mail/Text: csbankruptcy@eriewaterworks.org Oct 30 2018 02:11:59      Erie Water Works,
                 340 West Bayfront Parkway,    Erie PA 16507-2004
14929850        EDI: JEFFERSONCAP.COM Oct 30 2018 06:03:00      Jefferson Capital Systems, LLC,    Po Box 1999,
                 Saint Cloud, MN 56302
14929851       +EDI: CBSKOHLS.COM Oct 30 2018 06:03:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
14935037       +E-mail/Text: Bankruptcy@natfuel.com Oct 30 2018 02:11:43      National Fuel,    1100 State Street,
                 PO Box 2081,    Erie PA 16512-2081
14930640       +EDI: PRA.COM Oct 30 2018 06:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14929854       +E-mail/Text: paparalegals@pandf.us Oct 30 2018 02:12:09      Patenaude & Felix A.P.C.,
                 501 Corporate Drive,    Southpointe Center,    Suite 205,    Canonsburg, PA 15317-8584
```

```
District/off: 0315-1          User: dkam                  Page 2 of 3                   Date Rcvd: Oct 29, 2018
                              Form ID: 309I               Total Noticed: 48


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14934547          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 30 2018 02:11:34
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
14929857         +EDI: PRA.COM Oct 30 2018 06:03:00      Portfolio Recovery,   Po Box 41021,
                  Norfolk, VA 23541-1021
14929859         +EDI: RMSC.COM Oct 30 2018 06:04:00      Syncb/citgo,   Attn: Bankruptcy,   Po Box 965060,
                  Orlando, FL 32896-5060
14929860         +EDI: RMSC.COM Oct 30 2018 06:04:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy Dept,
                  Po Box 965060,   Orlando, FL 32896-5060
14929861         +EDI: RMSC.COM Oct 30 2018 06:04:00      Synchrony Bank/Lowes,   Attn: Bankruptcy Dept,
                  Po Box 965060,   Orlando, FL 32896-5060
14929862         +EDI: RMSC.COM Oct 30 2018 06:04:00      Synchrony Bank/PayPal Cr,   Attn: Bankruptcy Dept,
                  Po Box 965060,   Orlando, FL 32896-5060
14929863         +EDI: RMSC.COM Oct 30 2018 06:04:00      Synchrony Bank/TJX,   Attn: Bankruptcy Dept,
                  Po Box 965060,   Orlando, FL 32896-5060
14929864         +EDI: RMSC.COM Oct 30 2018 06:04:00      Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,
                  Po Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14929867*       +Aes/pheaa Rehabs,   Attn: Bankruptcy Dept,   Po Box 2461,   Harrisburg, PA 17105-2461
14929868*       +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
14929869*       +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
14929870*       +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14929871*       +Citibank/Best Buy,   Attn: Bankruptcy,   Po Box 790441,   St. Louis, MO 63179-0441
14929872*       +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                  St Louis, MO 63179-0034
14929873*        Comenity Bank/Bon Ton,   Attn: Bankruptcy Dept,   Po Box 18215,   Columbus, OH 43218
14929874*       +Comenity Bank/Buckle,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14929875*       +Comenity Bank/Giant Eagle,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14929877*       +Comenity Bank/Overstock,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14929878*       +Comenity Bank/Pier 1,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14929879*       +Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
                  Columbus, OH 43218-2125
14929876*       +Comenity Bank/kingsize,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14929880*        Comenity Capital/Zales,   Attn: Bankrutpcy Dept,   Po Box 18215,   Columbus, OH 43218
14929881*       +Comenitybank/wayfair,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14929882*       +Comenitycapital/boscov,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14929883*       +Comenitycb/truevalue,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14929884*       +Discover Financial,   Po Box 3025,   New Albany, OH 43054-3025
14929885*        Jefferson Capital Systems, LLC,   Po Box 1999,   Saint Cloud, MN 56302
14929886*       +Kohls/Capital One,   Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14929887*       +LendingUSA,   Attn: Bankruptcy Dept,   15303 Ventura Blvd. Suite 850,
                  Sherman Oaks, CA 91403-6630
14929888*       +Mercury Card/fb&t,   2220 6th St,   Brookings, SD 57006-2403
14929890*      ++PENNSYLVANIA ELECTRIC COMPANY,   BANKRUPTCY DEPARTMENT,   331 NEWMAN SPRINGS ROAD,   BUILDING 3,
                  RED BANK NJ 07701-5688
                (address filed with court: Penelec,   5404 Evans Rd,   Erie, PA 16509)
14929889*       +Patenaude & Felix A.P.C.,   501 Corporate Drive,   Southpointe Center,   Suite 205,
                  Canonsburg, PA 15317-8584
14929891*       +Penn State Fcu,   1937 N Atherton St,   State College, PA 16803-1523
14929892*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
14929893*       +Quicken Loans,   662 Woodward Avenue,   Detroit, MI 48226-3433
14929894*       +Syncb/citgo,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14929895*       +Synchrony Bank/ JC Penneys,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14929896*       +Synchrony Bank/Lowes,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14929897*       +Synchrony Bank/PayPal Cr,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14929898*       +Synchrony Bank/TJX,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14929899*       +Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14929900*        Target,   Target Card Services,   Mail Stop NCB-0461,   Minneapolis, MN 55440
                                                                                             TOTALS: 1, * 35, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1          User: dkam              Page 3 of 3              Date Rcvd: Oct 29, 2018
                              Form ID: 309I           Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka Seelinger    on behalf of Debtor William R. Adams rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 4
```