Certificate Number: 14912-PAW-DE-031844331

Bankruptcy Case Number: 18-11052



14912-PAW-DE-031844331

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2018</u>, at <u>1:09</u> o'clock <u>PM EDT</u>, <u>William Adams</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>November 1, 2018</u>          By:  <u>/s/Jai Bhatt</u>

                                       Name:  <u>Jai Bhatt</u>

                                       Title:  <u>Counselor</u>