UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-11052 TPA |
| William R. Adams, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| William R. Adams, | : | |
| Movant | : | |
| vs. | : | Document No. |
| No Respondents | : | |

## CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S MOTION TO EMPLOY BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's motion to employ broker filed on October 22, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections for the Motion were to be filed and served no later than November 13, 2018.

It is hereby respectfully requested that the Order attached to the motion to employ broker be entered by the Court.

Dated: November 15, 2018

By:   /s/ Rebeka A. Seelinger, Esquire
      Rebeka A. Seelinger, Esquire
      Pa. I.D. #93897
      4640 Wolf Road
      Erie, PA 16505
      (814)-824-6670
      E-Mail: rebeka@seelingerlaw.com
      Counsel for Debtor