FILED
11/19/18 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :    Case No. 18-11052-TPA
WILLIAM R. ADAMS                    :
    *Debtor(s)*                     :    Chapter 13
                                    :
                                    :
                                    :
WILLIAM R. ADAMS                    :
    *Movant,*                       :
                                    :
    v.                              :    Related to Document No. 11
                                    :
NO RESPONDENT                       :

## ORDER APPROVING RETENTION OF BROKER

    *AND NOW*, this **19th** day of ***November, 2018,*** upon consideration of the ***Motion to Employ Broker***, it is **ORDERED, ADJUDGED and DECREED** as follows:

    (1)    ***Patricia C. Duke and Howard Hanna Real Estate*** is hereby appointed, as of the date of filing the *Motion*, as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movant's agent in connection with the sale of real estate located at **5458 Gardner Drive, Erie, PA 16509**. A realtor commission in the amount of **6%** on the sale price is tentatively approved, subject to final Court order. ***Movant shall serve the within Order on all interested parties and file a certificate of service.***

    (2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*. Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

    (3)    Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

    (4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

                                                                             Thomas P. Agresti, Judge    ljm
                                                                             United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William R. Adams  
    Debtor

Case No. 18-11052-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: dkam      Page 1 of 1      Date Rcvd: Nov 19, 2018  
                  Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.  
db         +William R. Adams,    5458 Gardner Drive,    Erie, PA 16509-3019  
r          +Patricia C. Duke,    Howard Hanna Real Estate,    5458 Gardner Drive,    Erie, PA 16509-3019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Rebeka Seelinger    on behalf of Debtor William R. Adams rebeka@seelingerlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                            TOTAL: 4