IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|    William R Adams : | |
|       Debtor : | |
| : | Bankruptcy No. 18-11052 TPA |
| : | |
| : | Chapter 13 |
| William R Adams : | |
|    Movant : | |
| : | |
| : | |
|       v. : | Document No. ____ |
| No Respondent : | |

**NOTICE OF CHANGE OF ADDRESS**

Old Address:   William R Adams
                     5458 Gardner Drive
                     Erie PA 16509

New Address:   William R Adams
                     115 Barnsbury Court
                     Raeford PA 28376

Dated: December 13, 2018

                                              By      /s/ Rebeka A. Seelinger  Esquire
                                                    Rebeka A. Seelinger, Esquire
                                                    Pa. I.D. #93897
                                                    4640 Wolf Rd
                                                    Erie, PA 16505
                                                    (814)-824-6670
                                                    E-Mail: rebeka@seelingerlaw.com
                                                    Counsel for Debtor