UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 18-11052 TPA |
|     William R. Adams, | : Chapter 13 |
|         Debtor | : |
| | : |
| William R. Adams, | : |
|         Movant | : |
|   vs. | : Document No. |
| No Respondents | : |

## CERTIFICATE OF SERVICE

I, Rebeka A. Seelinger Esquire, certify under penalty of perjury that on April 30, 2019, I served, or caused to be served, a true and correct copy of the Order Scheduling Dates for Hearing on and Objections to Amended Plan dated April 19, 2019, along with the Amended Plan, by regular First Class United States Mail or other method as described below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh PA 15222
(Via CM/ECF)

Ronda J. Winnecour
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

<u>(Via US Mail)</u>

Aes/pheaa Rehabs
Attn: Bankruptcy Dept
Po Box 2461
Harrisburg, PA 17105

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

Brian E Lentz D.M.D.
PO Box 817
850 Cherry Street
NJ 08170

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Comenity Bank/Bon Ton
Attn:  Bankruptcy Dept
Po Box 18215
Columbus, OH 43218

Comenity Bank/Buckle
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Giant Eagle
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenity Bank/kingsize
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Overstock
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenity Bank/Pier 1
Attn:  Bankruptcy Dept
Po Box 182125

Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 45318

Comenity Capital/Zales
Attn: Bankrutptcy Dept
Po Box 18215
Columbus, OH 43218

Comenitybank/wayfair
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitycapital/boscov
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitycb/truevalue
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Discover Financial
Po Box 3025
New Albany, OH 43054

Erie Water Works
340 W Bayfront Parkway
Erie, PA 16507

Jefferson Capital Systems, LLC
Po Box 1999
Saint Cloud, MN 56302

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201

LendingUSA
Attn: Bankruptcy Dept
15303 Ventura Blvd. Suite 850
Sherman Oaks, CA 91403

Mercury Card/fb&t
2220 6th St
Brookings, SD 57006

National Fuel
1100 State Street
PO Box 2081
Erie, PA 16512

Patenaude & Felix A.P.C.
501 Corporate Drive
Southpointe Center
Suite 205
Canonsburg, PA 15317

Penelec
5404 Evans Rd
Erie, PA 16509

Penn State Fcu
1937 N Atherton St
State College, PA 16803

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541

Quicken Loans
662 Woodward Avenue
Detroit, MI 48226

State Collection Service Inc
2509 S Stoughton Rd
Madison, WI 53716

Syncb/citgo
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy Dept

Po Box 965060
Orlando, FL 32896

Synchrony Bank/PayPal Cr
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Target
Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440

The Honorable Susan Strohmeyer
9333 Tate Road
Suite 109
Erie, PA 16509

UPMC
200 Lothrop Street
Pittsburgh, PA 15213


Date: April 30, 2019              /s/ Rebeka A. Seelinger
                                  Rebeka A. Seelinger, Esquire Pa. I.D. #93897
                                  4640 Wolf Rd
                                  Erie, PA 16505
                                  (814)-824-6670
                                  E-Mail: rebeka@seelingerlaw.com
                                  Counsel for