Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William R. Adams**
    Debtor(s)

Bankruptcy Case No.: 18–11052–TPA
Per May 7, 2019 Proceeding
Chapter: 13
Docket No.: 42 – 29, 38, 39
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 19, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☑ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Department of Revenue (Claim No. 2) .

☑ H. Additional Terms: 1) The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified Plan terms: Penn State Federal Credit Union (Claim No. 30).
2) No further payments to following claim because of: Surrender of collateral in Amended Plan. All prior payments ratified and confirmed.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 9, 2019

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-11052-TPA
William R. Adams                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 3              Date Rcvd: May 09, 2019
                              Form ID: 149            Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
```
db             +William R. Adams,    115 Barnsbury Court,    Raeford, NC 28376-7905
r              +Patricia C. Duke,    Howard Hanna Real Estate,    5458 Gardner Drive,    Erie, PA 16509-3019
14929832       +Aes/pheaa Rehabs,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14949786        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14929833       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14929834       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
14935040       +Brian E. Lantz, D.M.D. P.C.,    850 Cherry Street,    Waterford PA 16441-7804
14949783        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14929836       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14929837       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14963370        Directv, LLC,    by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
14935038       +Erie Water Works,    340 West Bayfront Parkway,    Erie PA 16507-2004
14929852       +LendingUSA,    Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
                 Sherman Oaks, CA 91403-6630
14929853       +Mercury Card/fb&t,    2220 6th St,    Brookings, SD 57006-2403
14929890       ++PENNSYLVANIA ELECTRIC COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
                 RED BANK NJ 07701-5688
               (address filed with court: Penelec,    5404 Evans Rd,    Erie, PA 16509)
14940389       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14929855       +Penelec,    c/o FirstEnergy,    101 Crawford’s Corner Rd.,    Bldg. #1 Ste. 1-511,
                 Holmdel, NJ 07733-1976
14929891       +Penn State Fcu,    1937 N Atherton St,    State College, PA 16803-1523
14929856       +Penn State Federal Credit Union,    1937 N. Atherton St.,    State College, PA 16803-1523
14929858       +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
14935039       +State Collection Service,    2509 Stoughton Road,    Madison WI 53716-3314
14929865        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14935036        UPMC Hamot,    2010 Lothrop Street,    Pittsburgh PA 15213
14959271        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14959255        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14976210       +Unifund CCR,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
14966899       +WebCollex LLC,    c/o JD Receivables LLC,    PO Box 382656,    Germantown, TN 38183-2656
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14929835       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 02:43:45      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14929838        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:52      Comenity Bank/Bon Ton,
                 Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
14929839       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:52      Comenity Bank/Buckle,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14929840       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:52      Comenity Bank/Giant Eagle,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929842       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:53      Comenity Bank/Overstock,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929843       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:53      Comenity Bank/Pier 1,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929844       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:53
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
14929841       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:53      Comenity Bank/kingsize,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14929845        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:53      Comenity Capital/Zales,
                 Attn: Bankrutpcy Dept,    Po Box 18215,    Columbus, OH 43218
14929846       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:53      Comenitybank/wayfair,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929847       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:54      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14929848       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:30:54      Comenitycb/truevalue,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14933227        E-mail/Text: mrdiscen@discover.com May 10 2019 02:30:36      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14929849       +E-mail/Text: mrdiscen@discover.com May 10 2019 02:30:36      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14948790        E-mail/Text: JCAP_BNC_Notices@jcap.com May 10 2019 02:31:42      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14929850        E-mail/Text: JCAP_BNC_Notices@jcap.com May 10 2019 02:31:42      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
14929851       +E-mail/Text: bncnotices@becket-lee.com May 10 2019 02:30:40      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14957048       +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2019 02:31:25      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14935037       +E-mail/Text: Bankruptcy@natfuel.com May 10 2019 02:31:28      National Fuel,    1100 State Street,
                 PO Box 2081,    Erie PA 16512-2081
```

```
District/off: 0315-1                  User: vson                    Page 2 of 3                   Date Rcvd: May 09, 2019
                                      Form ID: 149                  Total Noticed: 62


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14960586          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 02:42:18
                   Portfolio Recovery Associates, LLC,   POB 12914,    Norfolk VA 23541
14930640         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 02:43:49
                   PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14929854         +E-mail/Text: paparalegals@pandf.us May 10 2019 02:32:20       Patenaude & Felix A.P.C.,
                   501 Corporate Drive,   Southpointe Center,    Suite 205,   Canonsburg, PA 15317-8584
14934547          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:31:09
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA   17128-0946
14929857         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 02:55:05
                   Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
14964582          E-mail/Text: bnc-quantum@quantum3group.com May 10 2019 02:31:02
                   Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
14964583          E-mail/Text: bnc-quantum@quantum3group.com May 10 2019 02:31:02
                   Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                   Kirkland, WA  98083-0788
14946789         +E-mail/Text: bankruptcyteam@quickenloans.com May 10 2019 02:31:52       Quicken Loans Inc.,
                   635 Woodward Avenue,   Detroit, MI 48226-3408
14929859         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:42:50       Syncb/citgo,   Attn: Bankruptcy,
                   Po Box 965060,   Orlando, FL 32896-5060
14967372         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:43:39       Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
14929860         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:42:08       Synchrony Bank/ JC Penneys,
                   Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
14929861         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:42:09       Synchrony Bank/Lowes,
                   Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
14929862         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:43:39       Synchrony Bank/PayPal Cr,
                   Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
14929863         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:42:08       Synchrony Bank/TJX,
                   Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
14929864         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:42:08       Synchrony Bank/Walmart,
                   Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
14967903         +E-mail/Text: bncmail@w-legal.com May 10 2019 02:31:38       TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Quicken Loans Inc.
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14929867*     +Aes/pheaa Rehabs,   Attn: Bankruptcy Dept,    Po Box 2461,   Harrisburg, PA 17105-2461
14929868*     +Amex,   Correspondence/Bankruptcy,    Po Box 981540,   El Paso, TX 79998-1540
14929869*     +Barclays Bank Delaware,   Attn: Correspondence,    Po Box 8801,   Wilmington, DE 19899-8801
14929870*     +Capital One,   Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14929871*     +Citibank/Best Buy,   Attn: Bankruptcy,    Po Box 790441,   St. Louis, MO 63179-0441
14929872*     +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
14929873*      Comenity Bank/Bon Ton,   Attn: Bankruptcy Dept,    Po Box 18215,   Columbus, OH 43218
14929874*     +Comenity Bank/Buckle,   Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
14929875*     +Comenity Bank/Giant Eagle,    Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14929877*     +Comenity Bank/Overstock,    Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14929878*     +Comenity Bank/Pier 1,   Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14929879*     +Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                Columbus, OH 43218-2125
14929876*     +Comenity Bank/kingsize,   Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
14929880*      Comenity Capital/Zales,   Attn: Bankrutpcy Dept,    Po Box 18215,   Columbus, OH 43218
14929881*     +Comenitybank/wayfair,   Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14929882*     +Comenitycapital/boscov,   Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14929883*     +Comenitycb/truevalue,   Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14929884*     +Discover Financial,   Po Box 3025,   New Albany, OH 43054-3025
14929885*      Jefferson Capital Systems, LLC,    Po Box 1999,   Saint Cloud, MN 56302
14929886*     +Kohls/Capital One,   Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
14929887*     +LendingUSA,   Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
                Sherman Oaks, CA 91403-6630
14929888*     +Mercury Card/fb&t,   2220 6th St,    Brookings, SD 57006-2403
14929889*     +Patenaude & Felix A.P.C.,    501 Corporate Drive,   Southpointe Center,   Suite 205,
                Canonsburg, PA 15317-8584
14929892*     +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
14929893*     +Quicken Loans,   662 Woodward Avenue,    Detroit, MI 48226-3433
14929894*     +Syncb/citgo,   Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14929895*     +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14929896*     +Synchrony Bank/Lowes,   Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14929897*     +Synchrony Bank/PayPal Cr,    Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14929898*     +Synchrony Bank/TJX,   Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14929899*     +Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14929900*      Target,   Target Card Services,    Mail Stop NCB-0461,   Minneapolis, MN 55440
                                                                                            TOTALS: 1, * 33, ## 0
```

```
District/off: 0315-1           User: vson                Page 3 of 3              Date Rcvd: May 09, 2019
                               Form ID: 149              Total Noticed: 62
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Rebeka Seelinger    on behalf of Debtor William R. Adams rebeka@seelingerlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                          TOTAL: 4