IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
|    William R Adams : | |
|      Debtor : | |
| : | Bankruptcy No. 18-11052 TPA |
| : | |
| : | Chapter 13 |
| William R Adams : | |
|    Movant : | |
| : | |
| : | |
|       v. : | Document No. ____ |
| No Respondent : | |

**NOTICE OF CHANGE OF ADDRESS**

Old Address     William R Adams
                       115 Barnsbury Court
                       Raeford PA 28376

New Address:     8593 Evergreen Trail
                       Olmstead Twp, OH 44138

Dated: January 17, 2021

                                               By     /s/ Rebeka A. Seelinger  Esquire
                                                        Rebeka A. Seelinger, Esquire
                                                        Pa. I.D. #93897
                                                        4640 Wolf Rd
                                                        Erie, PA 16505
                                                        (814)-824-6670
                                                        E-Mail: rebeka@seelingerlaw.com
                                                        Counsel for Debtor