IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11052 TPA |
| William R. Adams | : | |
| Debtor | : | |
| | | |
| William R. Adams | : | |
| Movant | : | |
| | : | Document No. ___ |
| v. | : | |
| | : | |
| No Respondent | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2021, a true and correct copy of the ORDER

CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7 AND TERMINATING WAGE

ATTACHMENT was served by First Class United States mail or electronic service as indicated

below.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**John C. Melaragno, Esquire**
502 West 7th Street
Erie PA 16502
(Via CM/ECF)

<u>The following creditors were served by First Class Mail:</u>
Aes/pheaa Rehabs
Attn: Bankruptcy Dept
Po Box 2461
Harrisburg, PA 17105

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

Brian E Lentz D.M.D.
PO Box 817
850 Cherry Street
Waterford PA 16441

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Comenity Bank/Bon Ton
Attn:  Bankruptcy Dept
Po Box 18215
Columbus, OH 43218

Comenity Bank/Buckle
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Giant Eagle
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenity Bank/kingsize
Attn: Bankruptcy

Po Box 182125
Columbus, OH 43218

Comenity Bank/Overstock
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenity Bank/Pier 1
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 45318

Comenity Capital/Zales
Attn:  Bankrutptcy Dept
Po Box 18215
Columbus, OH 43218

Comenitybank/wayfair
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitycapital/boscov
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitycb/truevalue
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Discover Financial
Po Box 3025
New Albany, OH 43054

Erie Water Works
340 W Bayfront Parkway
Erie, PA 16507

Jefferson Capital Systems, LLC
Po Box 1999

St. Cloud, MN 56302

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201

LendingUSA
Attn: Bankruptcy Dept
15303 Ventura Blvd. Suite 850
Sherman Oaks, CA 91403

Mercury Card/fb&t
2220 6th St
Brookings, SD 57006

National Fuel
1100 State Street
PO Box 2081
Erie, PA 16512

Patenaude & Felix A.P.C.
501 Corporate Drive
Southpointe Center
Suite 205
Canonsburg, PA 15317

Penelec
5404 Evans Rd
Erie, PA 16509

Penn State Fcu
1937 N Atherton St
State College, PA 16803

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541

Quicken Loans
662 Woodward Avenue
Detroit, MI 48226

State Collection Service Inc
2509 S Stoughton Rd
Madison, WI 53716

Syncb/citgo

Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/PayPal Cr
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Target
Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440

The Honorable Susan Strohmeyer
9333 Tate Road
Suite 109
Erie, PA 16509

UPMC
200 Lothrop Street
Pittsburgh, PA 15213

EXECUTED ON: April 27, 2021          By: /s/ Rebeka A. Seelinger
                                     Rebeka A. Seelinger, Esquire
                                     Attorney for Debtor
                                     4640 Wolf Road
                                     Erie, PA 16505
                                     (814) 824-6670
                                     rebeka@seelingerlaw.com