UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11052 TPA |
| William R. Adams | : | Chapter 7 |
| Debtor | : | |
| | | |
| William R. Adams | : | |
| Movant | : | |
| | : | Document No. ___ |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I, __Rebeka A Seelinger Esq.__, counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case:

Advanced Disposal
32870 US-6
Pittsfield, PA 16340

AR Resources Inc.
POBox 10336
Jacksonville, FL 32247

First Health of the Carolinas
POBox 580484
Charlotte, NC 28258

First Point Collection Resources Inc.
PO Box 26140
Greensboro NC 27402

Hoke Health Care
POBox 896144
Charlotte, NC 28289

Millcreek Township
Street Lighting Dept
3608 W 26th Street
Erie, PA 16506

Pinehurst Radiology Group
POBox 371863

Pittsburgh, PA 15250

Pinehurst Surgical Clinic PA
POBox 26152
Greensboro, NC 27402

Pinehurst Surgical Clinic
Attn #9626K
POBox 14000
Belfast, ME 04915

Pinehurst Surgicial Clinic PA
POBox 2000
Pinehurst, NC 28374

Sandhills Emergency Physicians
POBox 890060
Charlotte, NC 28289

Spectrum
400 Atlantic St.10th Floor
Stamford, CT 06901

Windham Professionals Inc.
POBox 1048
Salem, NH 03079

EXECUTED ON: April 27, 2021      By:    /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com
PA ID #93897