IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11052 TPA |
| William R. Adams | : | Chapter 7 |
|     Debtor | : | |
| | | |
| William R. Adams | : | |
|     Movant | : | |
| | : | Document No. ___ |
|     v. | : | |
| | : | |
| No Respondent | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
      Check one:
         _____ Creditor(s) added
         _____ NO creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
         _____ Creditor(s) added
         _____ NO creditor(s) added
         _____ Creditor(s) deleted
__X__ Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
         __X__ Creditor(s) added: debts incurred after petition filing date, prior to conversion
         _____ NO creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
      Check one:
         _____ Creditor(s) added
         _____ NO creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s):
_____ Schedule J - Current Expenditures of Individual Debtor(s): Updated information
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor:

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

John C. Melaragno, Esquire
502 West 7th Street
Erie PA 16502
(Via CM/ECF)

**VIA US MAIL**
AdvancedDisposal
32870 US-6
Pittsfield, PA 16340

AR ResourcesInc.
POBox 10336
Jacksonville, FL 32247

First Health of the Carolinas
POBox 580484
Charlotte, NC 28258

First Point Collection Resources Inc.
PO Box 26140
Greensboro NC 27402

Hoke Health Care
POBox 896144
Charlotte, NC 28289

Millcreek Township
Street Lighting Dept
3608 W 26th Street
Erie, PA 16506

Pinehurst Radiology Group
POBox 371863
Pittsburgh, PA 15250

Pinehurst Surgical Clinic PA
POBox 26152
Greensboro, NC 27402

Pinehurst Surgical Clinic
Attn #9626K
POBox 14000
Belfast, ME 04915

Pinehurst Surgicial Clinic PA
POBox2 000
Pinehurst, NC 28374

Sandhills Emergency Physicians
POBox 890060
Charlotte, NC 28289

Spectrum
400 Atlantic St.10th Floor
Stamford, CT 06901

Windham Professionals Inc.
POBox 1048
Salem, NH 03079

EXECUTED ON: April 27, 2021          By: /s/ Rebeka A. Seelinger
                                          Rebeka Seelinger, Esquire
                                          SEELINGER LAW
                                          Attorney for Debtor
                                          PA ID #93897
                                          4640 Wolf Road
                                          Erie, PA 16505
                                          (814) 824-6670
                                          rebeka@seelingerlaw.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William R.** | | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number **18-11052**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☒ No. Go to Part 2.
☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | **Total claim** |
|---|---|---|---|---|
| **4.1** | **Advanced Disposal**  Nonpriority Creditor's Name  **32870 US-6**  **Pittsfield, PA 16340**  Number Street City State Zip Code  **Who incurred the debt?** Check one.  ☒ Debtor 1 only  ☐ Debtor 2 only  ☐ Debtor 1 and Debtor 2 only  ☐ At least one of the debtors and another  ☐ Check if this claim is for a community debt  **Is the claim subject to offset?**  ☒ No  ☐ Yes | Last 4 digits of account number  When was the debt incurred?  **As of the date you file, the claim is:** Check all that apply  ☐ Contingent  ☐ Unliquidated  ☐ Disputed  **Type of NONPRIORITY unsecured claim:**  ☐ Student loans  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  ☐ Debts to pension or profit-sharing plans, and other similar debts  ☒ Other. Specify | **Unknown**  **Unknown**  **5458 Gardner Drive Erie PA Erie PA 16509** | | **Unknown** |

Debtor 1  **William R. Adams**                             Case number (if known)  **18-11052**

---

### 4.2  **AR Resources Inc.**
Nonpriority Creditor's Name
**PO Box 10336**
**Jacksonville, FL 32247**
Number Street City State Zip Code

Last 4 digits of account number  **0217**    $616.16

When was the debt incurred?  **Unknown**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical bills Collection for Sandhills Emergency Physicians PA**

---

### 4.3  **FirstHealth of the Carolinas**
Nonpriority Creditor's Name
**PO Box 580484**
**Charlotte, NC 28258**
Number Street City State Zip Code

Last 4 digits of account number  **3428**    Unknown

When was the debt incurred?  **Unknown**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical bills**

---

### 4.4  **Hoke Health Care**
Nonpriority Creditor's Name
**PO Box 896144**
**Charlotte, NC 28289**
Number Street City State Zip Code

Last 4 digits of account number  **8284**    $711.80

When was the debt incurred?  **Unknown**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

---

| Debtor 1 | William R. Adams | Case number (if known) | 18-11052 |
|---|---|---|---|

### 4.5 Millcreek Township
Nonpriority Creditor's Name
**Street Lighting Dept**
**3608 W 26th Street**
**Erie, PA 16506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 1030 — $364.78
**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **5458 Gardner Drive--surrendered thru bankruptcy**

### 4.6 Pinehurst Radiology Group
Nonpriority Creditor's Name
**PO Box 371863**
**Pittsburgh, PA 15250**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** Multiple — $842.05
**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical bills**

### 4.7 Pinehurst Surgical Clinic PA
Nonpriority Creditor's Name
**PO Box 2000**
**Pinehurst, NC 28374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** Multiple — Unknown
**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical bills Extended business OFfice on behalf of Pinhurst Surgical**

| Debtor 1 | William R. Adams | Case number (if known) | 18-11052 |

### 4.8 Sandhills Emergency Physicians
Nonpriority Creditor's Name
PO Box 890060
Charlotte, NC 28289
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 0217    **Unknown**

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical bills**

---

### 4.9 Spectrum
Nonpriority Creditor's Name
400 Atlantic Street
10th Floor
Stamford, CT 06901
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 6001    **$135.93**

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Utility bill**

---

### 4.10 Windham Professionals Inc.
Nonpriority Creditor's Name
PO Box 1048
Salem, NH 03079
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 6369    **$66.33**

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collecting for The Phoenix Insurance Company**

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address    On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1  **William R. Adams**  Case number (if known)  **18-11052**

| | | |
|---|---|---|
| **FirstPoint Collection Rsources Inc.**<br>PO Box 26140<br>Greensboro, NC 27402 | Line **4.6** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**Multiple** |
| Name and Address<br>**Pinehurst Surgical Clinic PA**<br>PO Box 26152<br>Greensboro, NC 27402 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**Multiple** |
| Name and Address<br>**Pinehurst Surgicial Clinic**<br>**Attn #9626K**<br>**PO Box 14000**<br>**Belfast, ME 04915** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**Multiple** |

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total Claim |
|---|---|---|
| 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claims from Part 2**

| | | Total Claim |
|---|---|---|
| 6f. **Student loans** | 6f. | $ 0.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,737.05 |
| 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,737.05 |