UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11052 TPA |
| William R. Adams | : | Chapter 7 |
|     Debtor | : | |
| | | Document No. |
| William R. Adams | : | |
|     Movant | : | |
|     v. | : | |
| John C. Melaragno, Esquire | : | |
|     Respondent | : | |

REPORT PURSUANT TO ORDER CONVERTING CASE

The debtor, William R. Adams, by his undersigned counsel, respectfully represents the following:

1. The debtor does have unpaid debts incurred between the filing of his bankruptcy petition and the date of conversion of his case to Chapter 7. A schedule of such debts was filed on April 27, 2021, and a list of such debts in matrix format has been uploaded (and Form 30, Notice Regarding Modification of Mailing Matrix, has been filed).

2. The debtor filed his Statement of Intentions with respect to surrender or retention of property securing consumer debts on April 27, 2021.

3. The debtor does not have any property which was acquired after the commencement of the Chapter 13 case but before the entry of the order converting his case to Chapter 7.

4. The debtor has not entered into, nor assumed, any executory contracts after the commencement of the Chapter 13 case but before the entry of the order converting his case to Chapter 7.

Date: April 27, 2021

/s/ Rebeka Seelinger
Rebeka Seelinger, Esq. PA I.D. 93897
Seelinger Law Corporation
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com
Counsel for Debtor