IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11052 TPA |
| William R. Adams | : | Chapter 7 |
| Debtor | : | |
| | | |
| William R. Adams | : | |
| Movant | : | |
| | : | Document No. ___ |
| v. | : | |
| | : | |
| No Respondent | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, true and correct copies of the Debtor's Amendment to Schedule F, Official Form 309B (Notice of Chapter 7 Bankruptcy Case - Proof of Claim Deadline Set), and the Court's April 28, 2021 Order (DN 75) containing deadlines, were served by First Class United States mail on the creditors added by the amended Schedule F, and on the United States Trustee and the Chapter 7 Trustee by CM/ECF on the dates each of those documents were filed, as indicated below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

John C. Melaragno, Esquire
502 West 7th Street
Erie PA 16502
(Via CM/ECF)

VIA US MAIL:
Advanced Disposal
32870 US-6
Pittsfield, PA 16340

AR Resources Inc.

POBox 10336
Jacksonville, FL 32247

First Health of the Carolinas
POBox 580484
Charlotte, NC 28258

First Point Collection Resources Inc.
PO Box 26140
Greensboro NC 27402

Hoke Health Care
POBox 896144
Charlotte, NC 28289

Millcreek Township
Street Lighting Dept
3608 W 26th Street
Erie, PA 16506

Pinehurst Radiology Group
POBox 371863
Pittsburgh, PA 15250

Pinehurst Surgical Clinic PA
POBox 26152
Greensboro, NC 27402

Pinehurst Surgical Clinic
Attn #9626K
POBox 14000
Belfast, ME 04915

Pinehurst Surgicial Clinic PA
POBox 2000
Pinehurst, NC 28374

Sandhills Emergency Physicians
POBox 890060
Charlotte, NC 28289

Spectrum
400 Atlantic St.10th Floor
Stamford, CT 06901

Windham Professionals Inc.
POBox 1048
Salem, NH 03079

EXECUTED ON: <u>April 28, 2021</u>         By: <u>/s/ Rebeka A. Seelinger</u>
                                                                                                     Rebeka Seelinger, Esquire
                                                                                   SEELINGER LAW
                                                                                   Attorney for Debtor
                                                                                  PA ID #93897
                                                                                  4640 Wolf Road
                                                                                  Erie, PA 16505
                                                                                  (814) 824-6670
                                                                                  rebeka@seelingerlaw.com