| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **William R. Adams** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5667** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter   **13**        **10/12/18** |
| Case number:   **18–11052–TPA** | | Date case converted to chapter   **7**     **4/26/21** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                             10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|    |    | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | William R. Adams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8593 Evergreen Trail <br> Olmstead Twp, OH 44138 | |
| 4. | **Debtor's attorney** <br> Name and address | Rebeka Seelinger <br> 4640 Wolf Road <br> Erie, PA 16505 | Contact phone 814–824–6670 <br> Email: rebeka@seelingerlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John C. Melaragno, Trustee <br> 502 West 7th Street. <br> Erie, PA 16502 | Contact phone 814–459–5557 <br> Email: johnm@mplegal.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                        page 1

Debtor  **William R. Adams**                                                                                   Case number **18–11052–TPA**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 4/26/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 18, 2021 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**          **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/17/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/6/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William R. Adams  
    Debtor

Case No. 18-11052-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: agro      Page 1 of 5  
Date Rcvd: Apr 26, 2021      Form ID: 309B      Total Noticed: 69

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Adams, 8593 Evergreen Trail, Olmstead Twp, OH 44138-4289 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| r | + | Patricia C. Duke, Howard Hanna Real Estate, 5458 Gardner Drive, Erie, PA 16509-3019 |
| 14929832 | + | Aes/pheaa Rehabs, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14935040 | + | Brian E. Lantz, D.M.D. P.C., 850 Cherry Street, Waterford PA 16441-7804 |
| 14935038 | + | Erie Water Works, 340 West Bayfront Parkway, Erie PA 16507-2004 |
| 14929852 | + | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14929853 | + | Mercury Card/fb&t, 2220 6th St, Brookings, SD 57006-2403 |
| 14929890 | ++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688 address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14940389 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14929855 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14929891 | + | Penn State Fcu, 1937 N Atherton St, State College, PA 16803-1523 |
| 14929856 | + | Penn State Federal Credit Union, 1937 N. Atherton St., State College, PA 16803-1523 |
| 14929858 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14935036 | | UPMC Hamot, 2010 Lothrop Street, Pittsburgh PA 15213 |
| 14959271 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14959255 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14976210 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 14966899 | + | WebCollex LLC, c/o JD Receivables LLC, PO Box 382656, Germantown, TN 38183-2656 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rebeka@seelingerlaw.com | Apr 27 2021 02:17:00 | Rebeka Seelinger, 4640 Wolf Road, Erie, PA 16505 |
| tr | | Email/Text: john.melaragno@txitrustee.com | Apr 27 2021 02:17:00 | John C. Melaragno, Trustee, 502 West 7th Street., Erie, PA 16502 |
| smg | | EDI: PENNDEPTREV | Apr 27 2021 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2021 02:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 27 2021 02:19:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | | EDI: ECMC.COM | Apr 27 2021 03:38:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14949786 | | EDI: BECKLEE.COM | Apr 27 2021 03:38:00 | American Express National Bank, c/o Becket and |

Case 18-11052-TPA   Doc 79   Filed 04/28/21   Entered 04/29/21 00:36:12   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0315-1 | User: agro | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 309B | Total Noticed: 69 |

| Recip ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14929833 | + | EDI: AMEREXPR.COM | Apr 27 2021 03:38:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14929834 | + | EDI: TSYS2.COM | Apr 27 2021 03:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14929835 | + | EDI: CAPITALONE.COM | Apr 27 2021 03:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14949783 | | EDI: BL-BECKET.COM | Apr 27 2021 03:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14929836 | + | EDI: CITICORP.COM | Apr 27 2021 03:38:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14929837 | + | EDI: CITICORP.COM | Apr 27 2021 03:38:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14929838 | | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929839 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929840 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929842 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929843 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929844 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929841 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929845 | | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929846 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929847 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929848 | + | EDI: WFNNB.COM | Apr 27 2021 03:38:00 | Comenitycb/truevalue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14963370 | | EDI: DIRECTV.COM | Apr 27 2021 03:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14933227 | | EDI: DISCOVER.COM | Apr 27 2021 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14929849 | + | EDI: DISCOVER.COM | Apr 27 2021 03:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15124923 | | EDI: ECMC.COM | Apr 27 2021 03:38:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 14948790 | | EDI: JEFFERSONCAP.COM | Apr 27 2021 03:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14929850 | | EDI: JEFFERSONCAP.COM | Apr 27 2021 03:38:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14929851 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 27 2021 02:17:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14957048 | + | EDI: MID8.COM | | |

| District/off: 0315-1 | User: agro | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 309B | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 27 2021 03:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14935037 | + | Email/Text: Bankruptcy@natfuel.com | | |
| | | | Apr 27 2021 02:19:00 | National Fuel, 1100 State Street, PO Box 2081, Erie PA 16512-2081 |
| 14960586 | | EDI: PRA.COM | | |
| | | | Apr 27 2021 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14930640 | + | EDI: PRA.COM | | |
| | | | Apr 27 2021 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14929854 | + | Email/Text: paparalegals@pandf.us | | |
| | | | Apr 27 2021 02:19:00 | Patenaude & Felix A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14934547 | | EDI: PENNDEPTREV | | |
| | | | Apr 27 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14934547 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 27 2021 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14929857 | + | EDI: PRA.COM | | |
| | | | Apr 27 2021 03:38:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14964582 | | EDI: Q3G.COM | | |
| | | | Apr 27 2021 03:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14964583 | | EDI: Q3G.COM | | |
| | | | Apr 27 2021 03:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14946789 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 27 2021 02:19:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14935039 | | Email/Text: amieg@stcol.com | | |
| | | | Apr 27 2021 02:18:00 | State Collection Service, 2509 Stoughton Road, Madison WI 53716 |
| 14929859 | + | EDI: RMSC.COM | | |
| | | | Apr 27 2021 03:38:00 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14967372 | + | EDI: RMSC.COM | | |
| | | | Apr 27 2021 03:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14929860 | + | EDI: RMSC.COM | | |
| | | | Apr 27 2021 03:38:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929861 | + | EDI: RMSC.COM | | |
| | | | Apr 27 2021 03:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929862 | + | EDI: RMSC.COM | | |
| | | | Apr 27 2021 03:38:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929863 | + | EDI: RMSC.COM | | |
| | | | Apr 27 2021 03:38:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929864 | + | EDI: RMSC.COM | | |
| | | | Apr 27 2021 03:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967903 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 27 2021 02:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14929865 | | EDI: WTRRNBANK.COM | | |
| | | | Apr 27 2021 03:38:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-1 | User: agro | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 309B | Total Noticed: 69 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14929867 | *+ | Aes/pheaa Rehabs, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14929868 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14929869 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14929870 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14929871 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14929872 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14929873 | * | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929874 | *+ | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929875 | *+ | Comenity Bank/Giant Eagle, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929877 | *+ | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929878 | *+ | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929879 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929876 | *+ | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929880 | * | Comenity Capital/Zales, Attn: Bankrutpcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929881 | *+ | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929882 | *+ | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929883 | *+ | Comenitycb/truevalue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929884 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14929885 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14929886 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14929887 | *+ | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14929888 | *+ | Mercury Card/fb&t, 2220 6th St, Brookings, SD 57006-2403 |
| 14929889 | *+ | Patenaude & Felix A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14929892 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14929893 | *+ | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14929894 | *+ | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14929895 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929896 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929897 | *+ | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929898 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929899 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929900 | * | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 1 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| John C. Melaragno, Trustee | |

| District/off: 0315-1 | User: agro | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 309B | Total Noticed: 69 |

    johnm@mplegal.com
    jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor William R. Adams rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5