# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

In re:

WILLIAM R. ADAMS

Debtor(s)

Case No. 18-11052TPA

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/12/2018.

2) The plan was confirmed on 11/29/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 05/09/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/26/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,075.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,946.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,946.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $798.13 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,298.13

Attorney fees paid and disclosed by debtor:      $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS NATIONAL B. | Unsecured | 1,120.00 | 1,120.69 | 1,120.69 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 4,429.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 3,769.00 | 3,769.95 | 3,769.95 | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 914.00 | 914.50 | 914.50 | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFO | Unsecured | NA | 616.12 | 616.12 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,920.00 | 2,920.63 | 2,920.63 | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 57,675.00 | 57,760.46 | 57,760.46 | 0.00 | 0.00 |
| ERIE WATER WORKS* | Secured | 348.30 | NA | NA | 0.00 | 0.00 |
| FIRST BANK & TRUST | Unsecured | 4,429.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 673.00 | 673.22 | 673.22 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 3,037.26 | 3,037.26 | 0.00 | 0.00 |
| NATIONAL FUEL GAS DISTRIB COR | Unsecured | 294.89 | 320.35 | 320.35 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 61.41 | 61.41 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | NA | 872.66 | 872.66 | 455.16 | 0.00 |
| PENELEC | Unsecured | 0.00 | 694.10 | 694.10 | 0.00 | 0.00 |
| PENN STATE FCU | Secured | 15,253.00 | 15,230.85 | 15,230.85 | 7,408.49 | 1,611.55 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 5,810.00 | 5,810.29 | 5,810.29 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 3,040.00 | 3,039.77 | 3,039.77 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 3,510.00 | 3,510.54 | 3,510.54 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 7,537.00 | 7,537.47 | 7,537.47 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT ( | Unsecured | 1,825.00 | 1,825.23 | 1,825.23 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT ( | Unsecured | 812.00 | 812.71 | 812.71 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT ( | Unsecured | 548.00 | 548.16 | 548.16 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT ( | Unsecured | 681.00 | 681.94 | 681.94 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CC | Unsecured | 2,837.00 | 2,837.39 | 2,837.39 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CC | Unsecured | 540.00 | 540.83 | 540.83 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CC | Unsecured | 511.00 | 511.56 | 511.56 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CC | Unsecured | 560.00 | 560.01 | 560.01 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CC | Unsecured | 504.00 | 504.30 | 504.30 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUICKEN LOANS LLC FKA QUICKE | Secured | 0.00 | 4,302.57 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKE | Secured | 170,394.00 | 170,710.36 | 735.71 | 735.71 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,531.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 3,956.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 4,150.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 4,300.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 2,051.00 | 2,051.49 | 2,051.49 | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 2,627.00 | 2,627.29 | 2,627.29 | 0.00 | 0.00 |
| UNIFUND CCR | Unsecured | 1,433.00 | 1,433.17 | 1,433.17 | 0.00 | 0.00 |
| UPMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 1,252.60 | 1,252.60 | 1,252.60 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 144.80 | 141.73 | 141.73 | 0.00 | 0.00 |
| WEBCOLLEX LLC | Unsecured | 1,146.00 | 1,146.40 | 1,146.40 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $735.71 | $735.71 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,230.85 | $7,408.49 | $1,611.55 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,966.56** | **$8,144.20** | **$1,611.55** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $872.66 | $455.16 | $0.00 |
| **TOTAL PRIORITY:** | **$872.66** | **$455.16** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$109,261.57** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,298.13 |
| Disbursements to Creditors | $10,210.91 |
| **TOTAL DISBURSEMENTS:** | **$14,509.04** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/30/2021                          By: /s/ Ronda J. Winnecour
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**