FILED
5/18/21 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

(N)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM R. ADAMS  : Case No. 18-11052-TPA
 : Chapter 7
 :
 :
*Debtor* :

### ORDER

AND NOW, this **18th** day of **May, 2021,** it appearing that a **Final Decree** in the within matter was erroneously issued on May 3, 3021, at Document No. 83,

It is hereby **ORDERED, ADJUDGED and DECREED** that the **Final Decree** is **VACATED**, the case is **REINSTATED**.

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William R. Adams  
       Debtor

Case No. 18-11052-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dpas      Page 1 of 4  
Date Rcvd: May 18, 2021      Form ID: pdf900      Total Noticed: 78

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Adams, 8593 Evergreen Trail, Olmstead Twp, OH 44138-4289 |
| cr | | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| r | + | Patricia C. Duke, Howard Hanna Real Estate, 5458 Gardner Drive, Erie, PA 16509-3019 |
| 15368489 | + | AR ResourcesInc., POBox 10336, Jacksonville, FL 32247-0336 |
| 15368488 | | AdvancedDisposal, 32870 US-6, Pittsfield, PA 16340 |
| 14929832 | + | Aes/pheaa Rehabs, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14949786 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14929833 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14929834 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14935040 | + | Brian E. Lantz, D.M.D. P.C., 850 Cherry Street, Waterford PA 16441-7804 |
| 14949783 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15124923 | | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 14935038 | + | Erie Water Works, 340 West Bayfront Parkway, Erie PA 16507-2004 |
| 15368490 | + | First Health of the Carolinas, POBox 580484, Charlotte, NC 28258-0484 |
| 15368492 | + | Hoke Health Care, POBox 896144, Charlotte, NC 28289-6144 |
| 14929852 | + | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14929853 | + | Mercury Card/fb&t, 2220 6th St, Brookings, SD 57006-2403 |
| 14929890 | ++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688 address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14940389 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14929855 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14929891 | + | Penn State Fcu, 1937 N Atherton St, State College, PA 16803-1523 |
| 14929856 | + | Penn State Federal Credit Union, 1937 N. Atherton St., State College, PA 16803-1523 |
| 15368494 | + | Pinehurst Radiology Group, POBox 371863, Pittsburgh, PA 15250-7863 |
| 15368496 | + | Pinehurst Surgical Clinic, Attn #9626K, POBox 14000, Belfast, ME 04915-4033 |
| 15368495 | + | Pinehurst Surgical Clinic PA, POBox 26152, Greensboro, NC 27402-6152 |
| 15368497 | + | Pinehurst Surgical Clinic PA, POBox2 000, Pinehurst, NC 28370-0002 |
| 14929857 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14929858 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14929865 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14935036 | | UPMC Hamot, 2010 Lothrop Street, Pittsburgh PA 15213 |
| 14959271 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14959255 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14976210 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 15368500 | ++ | WINDHAM PROFESSIONALS INC, 382 MAIN STREET, SALEM NH 03079-2412 address filed with court:, Windham Professionals Inc., POBox 1048, Salem, NH 03079 |
| 14966899 | + | WebCollex LLC, c/o JD Receivables LLC, PO Box 382656, Germantown, TN 38183-2656 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14929835 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:54:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14929836 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | | |
|---|---|---|---|---|
| District/off: 0315-1 | | User: dpas | | Page 2 of 4 |
| Date Rcvd: May 18, 2021 | | Form ID: pdf900 | | Total Noticed: 78 |

| Recipient ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | May 19 2021 01:51:07 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14929837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:52:54 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14929838 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929839 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929840 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929845 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenity Capital/Zales, Attn: Bankrutpcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929848 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:43:00 | Comenitycb/truevalue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14963370 | | Email/Text: G06041@att.com | May 19 2021 01:43:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14933227 | | Email/Text: mrdiscen@discover.com | May 19 2021 01:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14929849 | + | Email/Text: mrdiscen@discover.com | May 19 2021 01:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15368491 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | May 19 2021 01:44:00 | First Point Collection Resources Inc., PO Box 26140, Greensboro NC 27402-6140 |
| 14948790 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2021 01:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14929850 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2021 01:43:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14929851 | + | Email/Text: PBNCNotifications@peritusservices.com | May 19 2021 01:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14957048 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15368493 | + | Email/Text: gailj@millcreektownship.com | May 19 2021 01:43:00 | Millcreek Township, Street Lighting Dept, 3608 W 26th Street, Erie, PA 16506-2059 |
| 14935037 | + | Email/Text: Bankruptcy@natfuel.com | May 19 2021 01:43:00 | National Fuel, 1100 State Street, PO Box 2081, Erie PA 16512-2081 |
| 14960586 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:54:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14930640 | + | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:52:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-1 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 78 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14929854 | + | Email/Text: paparalegals@pandf.us | May 19 2021 08:53:00 | Patenaude & Felix A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14934547 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14964582 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15371685 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:43:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14964583 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14946789 | + | Email/Text: bankruptcyteam@quickenloans.com | May 19 2021 01:43:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15368498 | | Email/Text: Legal@duvasawko.com | May 19 2021 01:43:55 | Sandhills Emergency Physicians, POBox 890060, Charlotte, NC 28289 |
| 14935039 | | Email/Text: amieg@stcol.com | May 19 2021 01:43:00 | State Collection Service, 2509 Stoughton Road, Madison WI 53716 |
| 15368499 | + | Email/Text: dl-csgbankruptcy@charter.com | May 19 2021 01:44:00 | Spectrum, 400 Atlantic St.10th Floor, Stamford, CT 06901-3512 |
| 14929859 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:39 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14967372 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:52:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14929860 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:39 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929861 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:39 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929862 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:52:47 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929863 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:52:47 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929864 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:01 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967903 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14929867 | *+ | Aes/pheaa Rehabs, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14929868 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14929869 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14929870 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14929871 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14929872 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 4 of 4 |
| Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 78 |

| | | |
|---|---|---|
| 14929873 | * | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929874 | *+ | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929875 | *+ | Comenity Bank/Giant Eagle, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929877 | *+ | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929878 | *+ | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929879 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929876 | *+ | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929880 | * | Comenity Capital/Zales, Attn: Bankrutpcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929881 | *+ | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929882 | *+ | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929883 | *+ | Comenitycb/truevalue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929884 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14929885 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14929886 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14929887 | *+ | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14929888 | *+ | Mercury Card/fb&t, 2220 6th St, Brookings, SD 57006-2403 |
| 14929889 | *+ | Patenaude & Felix A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14929892 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14929893 | *+ | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14929894 | *+ | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14929895 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929896 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929897 | *+ | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929898 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929899 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929900 | * | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 1 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

**Name**   **Email Address**

Brian Nicholas
   on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

John C. Melaragno, Trustee
   johnm@mplegal.com
   jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
   on behalf of Debtor William R. Adams rebeka@seelingerlaw.com


TOTAL: 4