**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| WILLIAM R. ADAMS | Case No.:18-11052 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/12/2018 and confirmed on 11/29/2018 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 14,946.00 |
| Less Refunds to Debtor | 436.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,509.04 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 798.13 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,298.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| ERIE WATER WORKS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4590 | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 735.71 | 735.71 | 0.00 | 735.71 |
| Acct: 9608 | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9608 | | | | |
| PENN STATE FCU | 15,230.85 | 7,408.49 | 1,611.55 | 9,020.04 |
| Acct: 0200 | | | | |
| | | | | 9,755.75 |
| **Priority** | | | | |
| REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM R. ADAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 872.66 | 455.16 | 0.00 | 455.16 |
| Acct: 5667 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM R. ADAMS | 436.96 | 436.96 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 455.16 |
| **Unsecured** | | | | |
| ECMC(*) | 57,760.46 | 0.00 | 0.00 | 0.00 |
| Acct: 5667 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,120.69 | 0.00 | 0.00 | 0.00 |
| Acct: 1009 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7592 | | | | |
| UPMC PHYSICIAN SERVICES | 141.73 | 0.00 | 0.00 | 0.00 |
| Acct: 5667 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3609 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,510.54 | 0.00 | 0.00 | 0.00 |
| Acct: 7788 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 7,537.47 | 0.00 | 0.00 | 0.00 |
| Acct: 1411 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 560.01 | 0.00 | 0.00 | 0.00 |
| Acct: 6975 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 504.30 | 0.00 | 0.00 | 0.00 |
| Acct: 7420 | | | | |
| UNIFUND CCR | 1,433.17 | 0.00 | 0.00 | 0.00 |
| Acct: 5643 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 540.83 | 0.00 | 0.00 | 0.00 |
| Acct: 5454 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENI | 1,825.23 | 0.00 | 0.00 | 0.00 |
| Acct: 9727 | | | | |
| COMENITY BANK | 914.50 | 0.00 | 0.00 | 0.00 |
| Acct: 2128 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 511.56 | 0.00 | 0.00 | 0.00 |
| Acct: 5693 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENI | 812.71 | 0.00 | 0.00 | 0.00 |
| Acct: 6870 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 2,837.39 | 0.00 | 0.00 | 0.00 |
| Acct: 8955 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENI | 548.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0247 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENI | 681.94 | 0.00 | 0.00 | 0.00 |
| Acct: 3069 | | | | |
| DISCOVER BANK(*) | 2,920.63 | 0.00 | 0.00 | 0.00 |
| Acct: 4891 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 673.22 | 0.00 | 0.00 | 0.00 |
| Acct: 0346 | | | | |
| CAPITAL ONE NA** | 3,769.95 | 0.00 | 0.00 | 0.00 |
| Acct: 3011 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5221 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEBCOLLEX LLC | 1,146.40 | 0.00 | 0.00 | 0.00 |
| Acct: 0401 | | | | |
| FIRST BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4044 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 320.35 | 0.00 | 0.00 | 0.00 |
| Acct: 7507 | | | | |

| 18-11052 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   PENELEC | 694.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 0513 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 5,810.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 9199 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,039.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 9039 | | | | |
|   UPMC HEALTH SERVICES | 1,252.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 5667 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1984 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6986 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9567 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9974 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3130 | | | | |
|   SYNCHRONY BANK | 2,051.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 5221 | | | | |
|   TD BANK USA NA** | 2,627.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 6561 | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5588 | | | | |
|   PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 61.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 5667 | | | | |
|   MIDLAND FUNDING LLC | 3,037.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 0668 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURCE | 616.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 8124 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                           10,210.91

TOTAL CLAIMED
PRIORITY              872.66
SECURED            15,966.56
UNSECURED        109,261.57

Date: 05/26/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com