| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William R. Adams** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–5667** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **18–11052–TPA** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William R. Adams

9/30/21                                                                    **By the court:**  <u>Thomas P. Agresti</u>
                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William R. Adams  
    Debtor

Case No. 18-11052-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dkam      Page 1 of 5  
Date Rcvd: Sep 30, 2021      Form ID: 318      Total Noticed: 80

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Adams, 8593 Evergreen Trail, Olmstead Twp, OH 44138-4289 |
| r | + | Patricia C. Duke, Howard Hanna Real Estate, 5458 Gardner Drive, Erie, PA 16509-3019 |
| 15368489 | + | AR ResourcesInc., POBox 10336, Jacksonville, FL 32247-0336 |
| 15368488 | | AdvancedDisposal, 32870 US-6, Pittsfield, PA 16340 |
| 14929832 | + | Aes/pheaa Rehabs, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14935040 | + | Brian E. Lantz, D.M.D. P.C., 850 Cherry Street, Waterford PA 16441-7804 |
| 14935038 | + | Erie Water Works, 340 West Bayfront Parkway, Erie PA 16507-2004 |
| 15368490 | + | First Health of the Carolinas, POBox 580484, Charlotte, NC 28258-0484 |
| 15368492 | + | Hoke Health Care, POBox 896144, Charlotte, NC 28289-6144 |
| 14929852 | + | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14929853 | + | Mercury Card/fb&t, 2220 6th St, Brookings, SD 57006-2403 |
| 14929890 | ++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688 address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14940389 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14929855 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14929891 | + | Penn State Fcu, 1937 N Atherton St, State College, PA 16803-1523 |
| 14929856 | + | Penn State Federal Credit Union, 1937 N. Atherton St., State College, PA 16803-1523 |
| 15368494 | + | Pinehurst Radiology Group, POBox 371863, Pittsburgh, PA 15250-7863 |
| 15368496 | + | Pinehurst Surgical Clinic, Attn #9626K, POBox 14000, Belfast, ME 04915-4033 |
| 15368495 | + | Pinehurst Surgical Clinic PA, POBox 26152, Greensboro, NC 27402-6152 |
| 15368497 | + | Pinehurst Surgicial Clinic PA, POBox2 000, Pinehurst, NC 28370-0002 |
| 14929857 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14929858 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14935036 | | UPMC Hamot, 2010 Lothrop Street, Pittsburgh PA 15213 |
| 14959271 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14959255 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14976210 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 15368500 | ++ | WINDHAM PROFESSIONALS INC, 382 MAIN STREET, SALEM NH 03079-2412 address filed with court:, Windham Professionals Inc., POBox 1048, Salem, NH 03079 |
| 14966899 | + | WebCollex LLC, c/o JD Receivables LLC, PO Box 382656, Germantown, TN 38183-2656 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBSPERO.COM | Oct 01 2021 03:38:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Oct 01 2021 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 23:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

| District/off: 0315-1 | User: dkam | | Page 2 of 5 |
|---|---|---|---|
| Date Rcvd: Sep 30, 2021 | Form ID: 318 | | Total Noticed: 80 |

| | | | | |
|---|---|---|---|---|
| cr | | EDI: ECMC.COM | Oct 01 2021 03:38:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14949786 | | EDI: BECKLEE.COM | Oct 01 2021 03:38:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14929833 | + | EDI: AMEREXPR.COM | Oct 01 2021 03:38:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14929834 | + | EDI: TSYS2.COM | Oct 01 2021 03:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14929835 | + | EDI: CAPITALONE.COM | Oct 01 2021 03:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14949783 | | EDI: BL-BECKET.COM | Oct 01 2021 03:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14929836 | + | EDI: CITICORP.COM | Oct 01 2021 03:38:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14929837 | + | EDI: CITICORP.COM | Oct 01 2021 03:38:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14929838 | | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929839 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929840 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929842 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929843 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929844 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929841 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929845 | | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929846 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929847 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929848 | + | EDI: WFNNB.COM | Oct 01 2021 03:38:00 | Comenitycb/truevalue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14963370 | | EDI: DIRECTV.COM | Oct 01 2021 03:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14933227 | | EDI: DISCOVER.COM | Oct 01 2021 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14929849 | + | EDI: DISCOVER.COM | Oct 01 2021 03:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15124923 | | EDI: ECMC.COM | Oct 01 2021 03:38:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 15368491 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Sep 30 2021 23:35:00 | First Point Collection Resources Inc., PO Box 26140, Greensboro NC 27402-6140 |
| 14948790 | | EDI: JEFFERSONCAP.COM | Oct 01 2021 03:38:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| ID | Method | Date | Recipient |
|---|---|---|---|
| 14929850 | EDI: JEFFERSONCAP.COM | Oct 01 2021 03:38:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14929851 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2021 23:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14957048 | + EDI: MID8.COM | Oct 01 2021 03:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15368493 | + Email/Text: gailj@millcreektownship.com | Sep 30 2021 23:35:00 | Millcreek Township, Street Lighting Dept, 3608 W 26th Street, Erie, PA 16506-2059 |
| 14935037 | + Email/Text: Bankruptcy@natfuel.com | Sep 30 2021 23:35:00 | National Fuel, 1100 State Street, PO Box 2081, Erie PA 16512-2081 |
| 14960586 | EDI: PRA.COM | Oct 01 2021 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14930640 | + EDI: RECOVERYCORP.COM | Oct 01 2021 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14929854 | + Email/Text: paparalegals@pandf.us | Sep 30 2021 23:35:00 | Patenaude & Felix A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14934547 | EDI: PENNDEPTREV | Oct 01 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14934547 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14964582 | EDI: Q3G.COM | Oct 01 2021 03:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15371685 | EDI: Q3G.COM | Oct 01 2021 03:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14964583 | EDI: Q3G.COM | Oct 01 2021 03:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14946789 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 30 2021 23:35:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15368498 | Email/Text: Legal@duvasawko.com | Sep 30 2021 23:35:17 | Sandhills Emergency Physicians, POBox 890060, Charlotte, NC 28289 |
| 14935039 | Email/Text: amieg@stcol.com | Sep 30 2021 23:35:00 | State Collection Service, 2509 Stoughton Road, Madison WI 53716 |
| 15368499 | + Email/Text: dl-csgbankruptcy@charter.com | Sep 30 2021 23:35:00 | Spectrum, 400 Atlantic St.10th Floor, Stamford, CT 06901-3512 |
| 14929859 | + EDI: RMSC.COM | Oct 01 2021 03:38:00 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14967372 | + EDI: RMSC.COM | Oct 01 2021 03:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14929860 | + EDI: RMSC.COM | Oct 01 2021 03:38:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929861 | + EDI: RMSC.COM | Oct 01 2021 03:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929862 | + EDI: RMSC.COM | Oct 01 2021 03:38:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929863 | + EDI: RMSC.COM | Oct 01 2021 03:38:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

Saint Cloud Mn 56302-9617

| Recip ID | | Bypass Reason | | Name and Address | |
|---|---|---|---|---|---|
| 14929864 | | + EDI: RMSC.COM | Oct 01 2021 03:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 | |
| 14967903 | | + Email/Text: bncmail@w-legal.com | Sep 30 2021 23:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 | |
| 14929865 | | EDI: WTRRNBANK.COM | Oct 01 2021 03:38:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 | |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| aty | *+ | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14929867 | *+ | Aes/pheaa Rehabs, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14929868 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14929869 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14929870 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14929871 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14929872 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14929873 | * | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929874 | *+ | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929875 | *+ | Comenity Bank/Giant Eagle, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929877 | *+ | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929878 | *+ | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929879 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929876 | *+ | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14929880 | * | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14929881 | *+ | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929882 | *+ | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929883 | *+ | Comenitycb/truevalue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14929884 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14929885 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14929886 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14929887 | *+ | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14929888 | *+ | Mercury Card/fb&t, 2220 6th St, Brookings, SD 57006-2403 |
| 14929889 | *+ | Patenaude & Felix A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14929892 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14929893 | *+ | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14929894 | *+ | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14929895 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929896 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929897 | *+ | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929898 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929899 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14929900 | * | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 1 Undeliverable, 35 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 5 of 5 |
| Date Rcvd: Sep 30, 2021 | Form ID: 318 | Total Noticed: 80 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021              Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Joseph B. Spero | sperolaw@neohio.twcbc.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor William R. Adams rebeka@seelingerlaw.com |

TOTAL: 5